THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL RICHMAN and CHARLES MACNOW, Appellants.

(Submitted March 9, 1936; decided April 14, 1936.)

*Abraham Reiss* for appellants.

*William Copeland Dodge,* District Attorney (*LeRoy Mandle* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ. Taking no part: O'BRIEN, J.